**Order entered March 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00674-CR**

**DAVID SCOTT KILGORE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80638-2019**

**ORDER**

Before the Court is the State's March 2, 2020 motion to supplement the appellate record. We **GRANT** the motion and **ORDER** court reporter Jan Dugger to file a supplemental reporter's record containing the May 13, 2019 hearing on appellant's motion for continuance **WITHIN FOURTEEN DAYS** of the date of this order.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE